**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:31 am, Dec 20, 2024*
**JEFFREY P. COLWELL, CLERK**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____1:24-cv-03346-RTG____

**William S. Healy**

       Plaintiff,

v.

**Decisive Analytics**

**Whitney, Bradley and Brown**

       Defendant(s).

---

**MOTION** __Motion to Voluntarily Dismiss Defendants Without Prejudice_____

The above-named __William S. Healy_____ respectfully asks the Court for the following

relief: __Please Voluntarily Dismiss Defendants Without Prejudice Decisive Analytics and

Whitney, Bradley and Brown.

_____

I am filing this motion under the authority of the following Federal Rule(s) of Civil

Procedure:__ Voluntarily Dismiss Defendants Without Prejudice____.  My grounds for requesting

this relief are described below.

___Defendants named  Decisive Analytics nor Whitney, Bradley and Brown are not specified in

the EEOC Right to Sue letter.  Original hiring company, Decisive Analytics was original hiring

company, and later merged with Whitney, Bradley and Brown. Serco, Inc. North America .

Serco is the only company referenced in Right to Sue letter and I am requesting that Decisive

Analytics and Whitney, Bradley, and  Brown have a Motion Granted  for a  Motion to

Voluntarily Dismiss Defendants Without Prejudice. Neither Decisive Analytics nor Whitney,

Bradley, and  Brown have been served and I believe conferring with opposing council is not

necessary for this reason. As such, to the best of my knowledge, serving opposing counsel for

this motion is not necessary as neither party has been served for complaint.

_____

       **CERTIFICATE OF COMPLIANCE:**  I confirm that I conferred with the opposing

party/parties under local rule D.C.COLO.LCivR 7.1(a).  The position of the opposing

party/parties on this motion is:_____

_____.

Dated:_____

                        Respectfully submitted,


                        _____

                        (Signature of party)

                        Print Name:_____

                        Address:__2635 Heathrow Drive_____

                        _____Colorado Springs, CO 80920_____

                        Telephone Number:__719-205-4481_____

                        Email Address:___wsh700@protonmail.com_____

## CERTIFICATE OF SERVICE

I hereby certify that on [**INSERT DATE**]_____,

I sent a copy of the **MOTION** ____ _____

_____

to the following parties in the way described below each party's name:

Party Name:_____

How Served:_____

Party Attorney's Name:_____

Address:_____

_____

Telephone Number:_____

Email Address:_____

_____

(Signature of person completing service)

Print Name:_____

Address:_____

_____

Telephone Number:_____

Email Address:_____