IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03346-RTG

WILLIAM HEALY,

      Plaintiff,

v.

DECISIVE ANALYTICS CORPORATION,
SERCO, INC., d/b/a Serco – North America,
WHITNEY, BRADLEY AND BROWN,

      Defendants.

---

MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

On January 2, 2025, Plaintiff submitted a filing (ECF No. 7) in response to the Court's December 3, 2024, Order Directing Plaintiff to Cure Deficiencies in which the Court ordered Plaintiff to cure specified deficiencies in his pleading (ECF No. 3).   The Court will not consider piecemeal filings.   **Plaintiff must file a cured, fully completed Employment Discrimination Complaint.**   Plaintiff shall include on the pleading caption of his cured pleading only the name of the current defendant and must provide the mailing address for that defendant as indicated on the pleading form.   He shall omit the names of any previously-named defendants.   **This action may be dismissed without further notice if Plaintiff fails to cure the deficiencies within thirty days of this Minute Order.**   The Court notes that Plaintiff has paid the filing fee.   (ECF No. 4).

DATED: January 6, 2025