FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*8:03 am, Aug 12, 2025*
JEFFREY P. COLWELL, CLERK

# F.R.C.P. 26(a)(1)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-03346-RTG

WILLIAM S. HEALY,
Plaintiff,

v.

SERCO INC.,
Defendant.

**Original
Supplemental
Amended**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff William S. Healy hereby provides the following initial disclosures. These disclosures are based on information reasonably available to Plaintiff at this time and are made without waiver of any privilege or objection. Plaintiff reserves the right to supplement or amend these disclosures as additional information becomes available.

## 1. List of Individuals

The following individuals are likely to have discoverable information that Plaintiff may use to support his claims or defenses. Contact information is provided where known; otherwise, it may be obtained through Defendant or third parties.

| Name | Contact Information | Subject of Information |
|---|---|---|
| Michael Ehrlichman | Serco Inc., 12930 Worldgate Drive, Suite 600, Herndon, VA 20170; michael.ehrlichman@serco-na.com | Supervisor; issued PIPs (March 26, 2021, and September 20, 2021) linked to alleged retaliation following 11-21-2019 work injury and subsequent treatment delays; disclosed Plaintiff's testicular condition (July 28, 2021); denied accommodations (e.g., sit/stand desk, ergonomic chair) for PTSD, back injury, and other conditions; involved in termination on February 7, 2022; made age-related comments; failed to provide billing codes for training (September 15, 2021); no-shows at meetings causing delays blamed on Plaintiff (e.g., October 21, 2021), correlating with injury-related absences and treatment; involved in inappropriate |

| Name | Contact Information | Subject of Information |
|---|---|---|
| | | meetings (2021-2022, including remarks detailed in "10-21-2021 Inappropriate meeting remarks - Walmart chicken makes my penis hard.pdf"). Relevant to claims under ADA, FMLA, disability discrimination, age discrimination, wrongful termination, and retaliation, including linkage between 2019 injury, PIPs, harassment, and termination. |
| Charis Gill | Serco Inc., 12930 Worldgate Drive, Suite 600, Herndon, VA 20170; charis.gill@serco-na.com; (703) 263-6000 | HR Manager; received accommodation requests (September 20, 2021; October 21, 2021; Exhibit J) for conditions including back injury from 11-21-2019; failed to respond within 30 days; involved in FMLA delays (November 8, 2021; "FMLA Requests and denial.pdf"); aware of harassment/retaliation; received report on inappropriate remark (October 21, 2021; "10-21-2021 Inappropriate meeting remarks - Walmart chicken makes my penis hard.pdf"); handled ADA accommodation requests for conditions including hearing loss, back injury, anxiety, high blood pressure, TBI, and PTSD (September 2021 emails in "!ADA request - DA, WBB, Serco ADA compilation.pdf"). Relevant to claims under ADA, FMLA, Title VII, disability discrimination, and retaliation, including delays post-2019 injury leading to PIPs and termination. |
| Jessica Vermeire | Serco Inc., 12930 Worldgate Drive, Suite 600, Herndon, VA 20170; jvermeire@gmail.com | HR Administrator; received harassment/discrimination complaints (February 18, 2021); no action taken; aware of accommodation requests. Relevant to claims under Title VII, ADA, and retaliation. |
| Jessica Bishop | Serco Inc., 12930 Worldgate Drive, Suite 600, Herndon, VA 20170; jessica.bishop@serco-na.com; (703) 263-6000 | HR representative; handled ADA accommodation requests, scheduled calls to discuss (September 27, 2021), followed up on documentation (October 25, 2021); provided ADA forms and instructions (September 29, 2021; "Benefits Team_ ADA Basic Letter_ Healy, William Printout.pdf"); involved in FMLA requests. Relevant to ADA, FMLA, disability discrimination, and retaliation (as detailed in "!ADA request - DA, WBB, Serco ADA compilation.pdf" and "Serco_Benefits_ADA-Request_PCP_Request_FOR_VA_William_Healy_ADA Response.pdf"). |
| Mary | Formerly with Decisive | HR representative; assisted with workers' |

| Name | Contact Information | Subject of Information |
|---|---|---|
| Clarke | Analytics Corporation (pre-Serco acquisition); mary.clarke@dac.us; 703-682-1617 | compensation claims for back injury (January 2020), coordinated referrals to doctors and physical therapy following 11-21-2019 injury. Relevant to ADA claims for failure to accommodate back injury and retaliation timeline. |
| Irene Trejo | CHUBB Insurance, P.O. Box 42065, Phoenix, AZ 85080; itrejo@chubb.com; (213) 612-5532 | Workers' compensation claims examiner; handled delays in referrals for 2019 back injury (January 2020). Relevant to ADA and workers' compensation integration with accommodation requests, supporting retaliation claims post-injury. |
| Dr. Kenneth Finn | 6005 Delmonico Dr #130, Colorado Springs, CO 80919; (719) 634-7246 | Workers' compensation approved provider; required referral for treatment of back injury (January 16, 2020); provided ongoing treatment including SI injections (e.g., October 9, 2020; March 28, 2022; August 1, 2022; April 3, 2023); set MMI on May 16, 2023. Relevant to ADA claims for failure to accommodate physical impairments and timeline of injury aggravation leading to PIPs/retaliation. |
| Carla Walker | Springer Rehabilitation, Colorado Springs, CO; cwalker@springerrehabilitation.net | Physical therapist; involved in workers' compensation PT referrals for back injury (January 2020). Relevant to ADA claims for failure to accommodate. |
| Summer Propps | Job Accommodation Network, P.O. Box 6080, Morgantown, WV 26506-6080; summer.propps@jan.wvu.edu; (800) 526-7234 | Employment Specialist; provided ADA guidance via chat transcript (September 21, 2021), including how to request accommodations and performance issues. Relevant to ADA and retaliation claims. |
| Roberto Furtado | Serco Inc., Schriever AFB, CO; no direct contact provided | Coworker; mocked testicular condition (July 28, 2021); received preferential treatment (e.g., training reimbursement, September 15, 2021); made inappropriate remark (October 21, 2021; "10-21-2021 Inappropriate meeting remarks - Walmart chicken makes my penis hard.pdf"). Relevant to Title VII, disparate treatment, sex discrimination. |
| Dr. Floyd Martinez, MD | UCHealth Primary Care Clinic - Briargate, 8890 N. Union Blvd., Suite 170, Colorado Springs, CO 80920; (719) 364-5005 | Certified need for sit/stand desk (October 21, 2021) for chronic back/hip pain. Relevant to ADA. |
| Lisa Keith, NP | UCHealth Primary Care Clinic - Briargate, 8890 N. Union Blvd., Suite 170, Colorado Springs, CO 80920; (719) 364- | Provided medical note for sit/stand desk (November 19, 2019) due to chronic hip pain post-11-21-2019 injury. Relevant to ADA, workers' comp. |

| Name | Contact Information | Subject of Information |
|---|---|---|
| | 5005 | |
| Dr. Methina A. Comlos, PhD, ABPP | VA Medical Center, Colorado Springs, CO; 719-327-5660 | Recommended clear written instructions for TBI/PTSD (November 8, 2021; Exhibit J). Relevant to ADA. |
| Dr. Rainwater | VA Medical Center, Colorado Springs, CO; 719-327-5660 | VA Primary Care Physician; prescribed ultrasound for testicular condition (July 28, 2021). Relevant to Title VII, ADA. |
| Greg Owens | Serco Inc., Schriever AFB, CO | Project Manager; hosted CCRM meetings, initiated age-related retirement discussion (September 2021). Relevant to ADEA. |
| Randy LaCroix | Serco Inc., Schriever AFB, CO | Coworker; confirmed project timelines not Plaintiff's fault (September 7, 2021); received preferential treatment; present at meeting with inappropriate remark (October 21, 2021; "10-21-2021 Inappropriate meeting remarks - Walmart chicken makes my penis hard.pdf"). Relevant to retaliation, disparate treatment, Title VII. |
| Rich Cool | Serco Inc., Schriever AFB, CO | Coworker; received favorable performance sessions (September 2021). Relevant to ADEA, disparate treatment. |
| Shawn O'Connell | Serco Inc., Schriever AFB, CO | Coworker; present at training confirmation meeting (September 13, 2021) and inappropriate remark meeting (October 21, 2021; "10-21-2021 Inappropriate meeting remarks - Walmart chicken makes my penis hard.pdf"). Relevant to disparate treatment, retaliation, Title VII. |
| Katlin Hare | Serco Inc., 12930 Worldgate Drive, Suite 600, Herndon, VA 20170; kallin.hare@serco-na.com | HR representative; managed FMLA requests post-acquisition (October 27, 2021). Relevant to FMLA. |
| Margie Hobson | MDIOC Safety, Schriever AFB, CO; (719) 721-9886 | Provided sit/stand desk guidance (November 21, 2019) post-11-21-2019 injury. Relevant to ADA. |
| Julie Yeagle | Cornish & Dell'Olio law firm; yeagle@cornishanddellolio.com | Attorney consulted on EEOC charge (October 20, 2021). Relevant to claims process. |
| Francisco Magana | Serco Inc., 12930 Worldgate Drive, Suite 600, Herndon, VA 20170; no direct email provided | Sr. Manager of Employee Relations; conducted antagonistic HR meeting (October 29, 2021; "Gmail - Interrogation by my employer HR Meeting.pdf"). Relevant to retaliation, hostile environment. |
| Kelly Saunders | Serco Inc., 12930 Worldgate Drive, Suite 600, Herndon, VA | Legal Dept. representative; present at antagonistic HR meeting (October 29, 2021; "Gmail - |

| Name | Contact Information | Subject of Information |
|---|---|---|
| | 20170; no direct contact provided | Interrogation by my employer HR Meeting.pdf"). Relevant to retaliation, hostile environment. |
| Dana Monroe | QTC Medical Group - Colorado Springs, 3225 International Cir Ste 102, Colorado Springs, CO 80910 | Provider for VA C&P exam (May 2, 2022; "VA Eval Sched QTC.pdf"). Relevant to ADA, FMLA, disability discrimination. |
| Galina Omelioussik | 155 Printers Parkway, Suite 250, Colorado Springs, CO 80910 | Provider for VA C&P exam (October 26, 2021; "VES Appointments.pdf"). Relevant to ADA, FMLA, disability discrimination. |
| Matthew Motchkavitz | State of Colorado; matthew.motchkavitz@state.co.us | State official; received discrimination/billing complaints (September 21, 2021). Relevant to ADA, Title VII, ADEA, FMLA, retaliation. |
| Dr. Carolyn H. Welsh | Rocky Mountain Regional VAMC; carolyn.welsh@va.gov | Pulmonary physician; conducted home sleep test consult (January 10, 2022) diagnosing severe sleep apnea (REI 47.6), recommending polysomnography; noted symptoms like snoring, apneas, fragmented sleep, headaches potentially aggravated by work stress post-2019 injury. Relevant to ADA claims for additional disability (sleep apnea) linked to retaliation timeline. |
| Dr. Timothy Sandell | Contact via Dr. Finn's office or workers' comp records | Physician; assigned 15% WPI rating (August 7, 2023) for back injury (sacroiliitis, spondylosis); relevant to workers' comp appeal and ADA failure to accommodate, correlating ongoing treatment post-2019 injury with PIPs and termination. |
| Philip Plante | Action Potential Physical Therapy, Colorado Springs, CO | Physical therapist; provided ongoing PT for back injury (e.g., March 4, 2025 eval noting 5/10 pain; multiple sessions through June 2025); ~75 total PT visits. Relevant to timeline of injury aggravation and retaliation claims. |
| Dr. Dwight Caughfield | Workers' comp DIME physician; contact via records | Conducted DIME (October 28, 2020), set MMI with 0% WPI; disputed in appeal due to ongoing treatment. Relevant to workers' comp integration with ADA/retaliation claims. |
| Dr. John Hughes | IME physician; contact via records | Conducted IMEs (August 12, 2021; May 11, 2022), noted stable MRI but incomplete records; relevant to disputing DIME and showing injury aggravation. |
| Dr. Eric Jepson | Orthopedic surgeon; contact via Dr. Finn/Huang records | Recommended hip injections/surgery pre-2019; relevant to pre-existing conditions aggravated by 2019 injury. |
| Dr. Michael Huang | Orthopedic specialist; (719) 632-7669 | Assessed hip/back pain pre- and post-2019 injury; administered PRP injection (June 19, 2018); referred for surgery (April 8, 2019). Relevant to |

| Name | Contact Information | Subject of Information |
|------|---------------------|------------------------|
| | | timeline of aggravation leading to retaliation. |
| Sonja Griffith, NP-C | Contact via Dr. Finn's office | Assessed hip/back pain (e.g., February 9, 2016; January 28, 2021); noted SI injections effective. Relevant to ongoing treatment post-injury. |

## 2. Description of Documents

The following is a description of documents, electronically stored information, and tangible things that Plaintiff may use to support his claims or defenses. These items are in Plaintiff's possession unless otherwise noted and can be made available for inspection and copying upon reasonable request.

| Description | Location |
|-------------|----------|
| Serco PIPs (March 26, 2021; September 20, 2021) and termination letter (February 7, 2022) | Plaintiff's possession; electronic PDF files. Relevant to retaliation claims, correlating with 11-21-2019 injury treatment delays, ADA requests, and harassment leading to termination. |
| EEOC Charge No. 32A-2022-00014 (filed April 14/25, 2022) and Notice of Right to Sue (September 4, 2024) | Plaintiff's possession; electronic PDF files. |
| Emails on billing code denials for Cyber Summit (September 15, 2021) and management chain discrimination | Plaintiff's possession; email archives. |
| VES appointment letters and notices (August 18, 2021; October 13, 2021; September 18, 2022) for VA exams | Plaintiff's possession; electronic PDF files. |
| Fraud Prevention notices from VA letters | Plaintiff's possession; electronic PDF files. |
| Inappropriate Meeting Remarks Complaint (October 21, 2021) detailing inappropriate remark by Robert Furtado, no-shows at meetings, retaliation ("10-21-2021 Inappropriate meeting remarks - Walmart chicken makes my penis hard.pdf") | Plaintiff's possession; electronic PDF file. **Incorporated Narrative:** This includes details of a meeting where Robert Furtado stated, "Walmart Rotisserie chicken makes my penis hard," deemed inappropriate in a professional context discussing cybersecurity for Missile Defense Agency. Also covers discriminatory no-shows by Michael Ehrlichman (e.g., October 21, 2020, at 9:30 AM MST), cancellation of 6-month |

| Description | Location |
|---|---|
| | review (August 6, 2020), and retaliation following HR report to Charis Gill and Jessica Bishop, leading to termination. Correlates with post-2019 injury timeline, as injury-related absences contributed to project delays blamed on Plaintiff, escalating to PIPs. Relevant to hostile work environment, retaliation, and Title VII. |
| Email to attorney regarding HR interrogation meeting (November 1, 2021; "Gmail - Interrogation by my employer HR Meeting.pdf") | Plaintiff's possession; electronic PDF file. |
| VA Eval Sched QTC appointment letter (May 2, 2022) with Dana Monroe for C&P exam ("VA Eval Sched QTC.pdf") | Plaintiff's possession; electronic PDF file. |
| VES Appointments letters (October 13/26, 2021) with Galina Omelioussik for general medical exam ("VES Appointments.pdf") | Plaintiff's possession; electronic PDF file. |
| Compilation of ADA accommodation requests and related emails from Decisive Analytics (DA), Whitney, Bradley & Brown (WBB), and Serco ("!ADA request - DA, WBB, Serco ADA compilation.pdf") | Plaintiff's possession; electronic PDF file (91 pages). **Incorporated Narrative:** Includes emails on workers' compensation for back injury (January 2020), delays in referrals to Dr. Kenneth Finn and physical therapy with Carla Walker; ADA accommodation requests to Charis Gill for hearing loss, back injury, anxiety, high blood pressure, TBI, and PTSD (September 20-23, 2021); JAN chat transcript with Summer Propps providing guidance on requests (September 21, 2021); follow-up with Jessica Bishop on ADA process (September 27, 2021, and October 25, 2021); mentions of negative feedback, PIP linkage, discrimination, and retaliation. Relevant to ADA failure to accommodate, |

| Description | Location |
|---|---|
| | retaliation, and disability discrimination claims, linking 2019 injury to ongoing issues. |
| Emails regarding workers' compensation referrals and delays (January 2020) for 2019 back injury, involving Mary Clarke and Irene Trejo | Plaintiff's possession; email archives (extracted from "!ADA request - DA, WBB, Serco ADA compilation.pdf"). |
| JAN chat transcript (September 21, 2021) on ADA accommodations and performance issues | Plaintiff's possession; electronic file (extracted from "!ADA request - DA, WBB, Serco ADA compilation.pdf"). |
| VA Disability Summary Supporting Workers' Compensation Case ("!!VA Disability Summary Supporting Workers Comp Summary.pdf") | Plaintiff's possession; electronic PDF file (7 pages). **Incorporated Narrative:** Summarizes VA disability claims (e.g., PTSD/TBI increased to 70%, cervical strain to 30%, lumbosacral sprain to 40%) from 2010-2022, linking aggravation to workplace conditions at Serco (2018-2022), including stress from harassment and lack of accommodations post-11-21-2019 injury. Notes termination due to performance issues tied to disabilities. Relevant to ADA, workers' comp aggravation, and retaliation claims, correlating injury timeline with PIPs (2021) and termination (2022). |
| VA Home Sleep Test Consult Report (January 10, 2022) diagnosing severe sleep apnea ("VA-summaries-and-notes-WILLIAM-HEALY-6-24-2025_0329pm Home sleep apnea Copy.pdf") | Plaintiff's possession; electronic PDF file (3 pages). **Incorporated Narrative:** Details severe sleep apnea (REI 47.6) with obstructive/central events, low oxygen saturation (88% avg, 70% low), snoring, and recommendations for polysomnography. Symptoms (fragmented sleep, headaches) potentially aggravated by work stress post-2019 injury. |

| Description | Location |
|---|---|
| | Relevant to ADA claims for additional disability, linking to retaliation via performance impacts. |
| Serco Benefits ADA Request and PCP Request for VA ("Serco_Benefits_ADA-Request_PCP_Request_FOR_VA_William_Healy_ADA Response.pdf") | Plaintiff's possession; electronic PDF file. **Incorporated Narrative:** Compilation of ADA-related communications, including requests for accommodations tied to VA disabilities and 2019 injury. Relevant to failure to accommodate and retaliation timeline. |
| Benefits Team ADA Basic Letter (September 29, 2021) from Jessica Bishop ("Benefits Team_ ADA Basic Letter_ Healy, William Printout.pdf") | Plaintiff's possession; electronic PDF file (2 pages). **Incorporated Narrative:** Email providing ADA accommodation form, instructions for medical certification, and deadlines (30 days). Relevant to ADA process delays post-2019 injury, correlating with PIPs and retaliation. |
| Healy William ADA Response ("Healy_William ADA Response.pdf") | Plaintiff's possession; electronic PDF file. **Incorporated Narrative:** Plaintiff's response to ADA requests, detailing accommodations needed for disabilities including back injury. Relevant to ADA claims and retaliation. |
| VA Form 28-1902w Veteran Readiness and Employment Questionnaire ("VBA-28-1902w-ARE hp davidson.pdf") | Plaintiff's possession; electronic PDF file (6 pages). **Incorporated Narrative:** VA form detailing personal info, employment history, disabilities (service-connected and non), and how program can help with career goals. Lists difficulties from disabilities (e.g., PTSD, TBI, back pain) |

| Description | Location |
|---|---|
| | impacting work. Relevant to VA support for employability, tying to workers' comp and ADA claims post-2019 injury. |
| Exhibit E - Treatment Timeline for 11-21-2019 Back Injury ("Exhibit E - Treatment Timeline.pdf") | Plaintiff's possession; electronic PDF file (4 pages). **Incorporated Narrative:** Detailed timeline of treatment from pre-2019 (hip-focused) to 2025 (ongoing PT), disputing DIME's 10-28-2020 MMI/0% WPI; advocates for 8-7-2023 MMI/15% WPI. Includes ~75 PT visits, 10 injections, MRIs showing aggravation. Correlates injury with treatment delays (2020), ADA requests (2021), PIPs (2021), harassment (2021), and termination (2022) as retaliation for injury-related issues. Relevant to ADA failure to accommodate, workers' comp appeal, and retaliation claims. |

## 3. Computation of Damages

Plaintiff seeks damages for violations under the ADA, Title VII, ADEA, FMLA, and for wrongful termination. The total estimated damages are $1,722,890, avoiding stacked liquidated damages per legal precedent (e.g., avoiding double-counting under ADEA and FMLA). Computations are based on an annual compensation rate of $130,000 plus 5% adjustment ($136,500/year). Updated evidence from new documents (e.g., treatment timeline, VA summary) supports additional claims for aggravated disabilities post-2019 injury, potentially increasing compensatory damages for ongoing medical needs.

| Category | Computation | Evidence |
|---|---|---|
| Back Pay | $477,750 (lost wages/benefits from February 7, 2022, to July 29, 2025; 3.5 years at $136,500/year, adjusted for daily rate) | Employment contract, payroll records, termination notice (February 7, 2022), Exhibit J, Exhibit4_VA PTSD_Notice_merge.pdf, "!!VA Disability Summary Supporting Workers Comp Summary.pdf" (aggravation leading to termination), "Exhibit E - Treatment Timeline.pdf" (ongoing treatment post-injury). |

| Category | Computation | Evidence |
|---|---|---|
| Front Pay | $273,000 (future earnings for 2 years at $136,500/year) | Employment contract, payroll records, medical records, Exhibit4_VA PTSD_Notice_merge.pdf, "!!VA Disability Summary Supporting Workers Comp Summary.pdf", "Exhibit E - Treatment Timeline.pdf". |
| Compensatory Damages | Up to $300,000 (emotional distress; capped including punitive damages) | Medical records, witness statements, Exhibit J, Exhibit4_VA PTSD_Notice_merge.pdf, "!ADA request - DA, WBB, Serco ADA compilation.pdf" (detailing anxiety, PTSD impacts), "!!VA Disability Summary Supporting Workers Comp Summary.pdf" (PTSD/TBI aggravation), "VA-summaries-and-notes-WILLIAM-HEALY-6-24-2025_0329pm Home sleep apnea Copy.pdf" (sleep apnea symptoms). |
| Punitive Damages | Included in $300,000 cap (for willful conduct) | Internal communications, performance reviews, witness statements, Exhibit J, "!ADA request - DA, WBB, Serco ADA compilation.pdf" (ignored requests), "Exhibit E - Treatment Timeline.pdf" (delays post-injury). |
| Liquidated Damages | $955,500 ($477,750 doubled for willful ADEA/FMLA violations; non-stacked) | Employment records, FMLA requests, Exhibit4_VA PTSD_Notice_merge.pdf, Exhibit J, "!ADA request - DA, WBB, Serco ADA compilation.pdf", "!!VA Disability Summary Supporting Workers Comp Summary.pdf". |
| Attorneys' Fees/Costs | $200,000 (estimated) | Billing records, fee agreements, court filings. |
| Injunctive Relief | Non-monetary (reinstatement, policy changes, expungement of PIPs) | Company policies, training records, PIPs, court orders. |
| Pre/Post-Judgment Interest | Interest on monetary awards | Statutory rates, back pay documentation. |

**Breakdown and Computation Details:**

- Annual Compensation Rate: $130,000 + 5% = $136,500/year.
- Back Pay: Approximately $474,945 to $477,750 (February 7, 2022, to July 31, 2025; ~1,270 days at ~$374/day; reconciled to $477,750 for consistency).
- Front Pay: $273,000 (2 years at $136,500/year).
- Liquidated Damages: $474,945 (non-stacked).
- Compensatory + Punitive: $300,000 (capped).
- Attorneys' Fees/Costs: $200,000.
- Total: $1,722,890.

## 4. Insurance Agreements

Plaintiff is not aware of any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: August 11, 2025

/s/ William S. Healy
William S. Healy, Pro Se
2635 Heathrow Drive
Colorado Springs, CO 80920
Telephone: 719-205-4481
Email: wsh700@protonmail.com

**Note on Corrections and Updates:** This version incorporates the new documents, adding individuals, document descriptions, and narratives linking the 11-21-2019 injury (treatment delays, ongoing PT/injections through 2025) to retaliation (e.g., no-shows/PIPs in 2021 blamed on injury-related delays, harassment in Oct 2021, termination in Feb 2022). VA summary shows disability aggravation during employment, sleep apnea as additional condition. Truncated documents summarized based on provided content; full access may yield more details.

## 5. Certificate of Service

I certify that on August 12, 2025, I served a copy of the foregoing PLAINTIFF'S INITIAL DISCLOSURES UNDER F.R.C.P. 26(a)(1) on the following parties via email:

- Bradley Crowell, Esq. (bcrowell@littler.com)
- Billie Jo M. Risheim, Esq. (brisheim@littler.com)

LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
Telephone: 303.629.6200

/s/ William S. Healy
William S. Healy, Pro Se