**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*12:52 pm, Jan 30, 2026*
**JEFFREY P. COLWELL, CLERK**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:24-cv-03346-PAB-MDB**

**WILLIAM HEALY, Plaintiff,**

**v.**

**SERCO INC., d/b/a Serco - North America, Defendant.**

## PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Plaintiff William Healy, pro se, respectfully submits this Reply to Defendant Serco Inc.'s Opposition to Plaintiff's Motion for Leave to File Third Amended Complaint (ECF No. 63).

1. **Liberal Standard Under Rule 15**: Federal Rule of Civil Procedure 15(a)(2) directs courts to "freely give leave [to amend] when justice so requires." The Tenth Circuit has repeatedly emphasized that this standard is liberal and that denial is appropriate only upon a showing of undue delay, bad faith, repeated failure to cure deficiencies, futility, or undue prejudice. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Minter v. Prime Equip. Co.*, 451 F.3d 1196, 1204 (10th Cir. 2006). Defendant has not met this high burden.
2. **No Undue Delay or Prejudice**: This case remains in its early stages, with discovery ongoing and no trial date set. The proposed USERRA claim arises from the same operative facts as the existing claims and requires no significant additional discovery. Defendant will suffer no undue prejudice.
3. **The USERRA Claim Is Not Futile**: Defendant's futility argument mischaracterizes USERRA. Plaintiff's service-connected disabilities (documented by VA ratings progressing to 100% permanent and total) required medical evaluations and treatment in 2021. Plaintiff requested time for these VA appointments, which constitute protected activity under USERRA (38 U.S.C. §§ 4311, 4316). Defendant's failure to process related FMLA leave, followed immediately by a Performance Improvement Plan and termination, states plausible claims for discrimination and retaliation. USERRA broadly prohibits adverse actions where military service or service-connected obligations are a motivating factor. The amendment is not futile.
4. **Interests of Justice Favor Amendment**: Allowing the Third Amended Complaint will permit resolution of all related claims on the merits, consistent with the liberal policy of Rule 15.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the Third Amended Complaint.

Respectfully submitted this 30th day of January, 2026.

**/s/ William Healy** William Healy, Pro Se 2635 Heathrow Drive Colorado Springs, CO 80920 Phone: 719-205-4481 Email: wsh700@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I served a true and correct copy of the foregoing **PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** upon counsel for Defendant via the Court's CM/ECF system and email, addressed as follows:

**Billie Jo Risheim** Littler Mendelson P.C. 1900 Sixteenth Street, Suite 800 Denver, CO 80202 Email: brisheim@littler.com

**Bradley Crowell** Littler Mendelson P.C. 1900 Sixteenth Street, Suite 800 Denver, CO 80202 Email: bcrowell@littler.com

**/s/ William Healy** William Healy