IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No:  24-cv-03346-PAB-MDB          Date:   February 2, 2026
Courtroom Deputy:   E. Lopez Vaughan          FTR:   Courtroom 101

---

*Parties:*                                      *Counsel:*

William Healy                                   Pro se

   Plaintiff,

v.

Serco, Inc.                                     Bradley Crowell
                                                Billie Jo Risheim

   Defendant.

---

### COURTROOM MINUTES

---

**MOTION HEARING**

**11:31 a.m.      Court in session.**

Court calls case.  Appearances of counsel.

The Court hears oral arguments on Plaintiff's *Motion for Leave to file Third Amended Complaint* at ECF No. 57 (see also ECF No.'s 63 and 64).

Defendant represents that it previously answered to move the matter forward but if a third amended complaint is filed it will likely move to dismiss all claims. For the reasons put forth on the record, the Court is inclined to grant the *Motion to Amend* but would like to give Plaintiff an opportunity to consider the impact of this on his case. The Court would also like to give the parties an opportunity to discuss the possibility of resolving these claims. Accordingly, it is

**ORDERED**:   The Motion at ECF No. 57 is **HELD IN ABEYANCE**. The parties shall file a *Joint Status Report* on or before **February 18, 2026** updating the Court on the status of conferral efforts.

**11:53 a.m.      Court in recess.**

Hearing concluded. Total in-court time    00:22
*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.