IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-03346-PAB-MDB

WILLIAM HEALY,

Plaintiff,

v.

SERCO, INC., doing business as SERCO-NORTH AMERICA

Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's February 2, 2026, Order regarding Plaintiff William Healy's ("Plaintiff") Motion for Leave to File Third Amended Complaint [ECF No. 57] Plaintiff and Defendant SERCO, INC., d/b/a SERCO-NORTH AMERICA ("Defendant" and, with Plaintiff, the "Parties"), by and through their respective undersigned counsel, jointly submit this Joint Status Report.

The Parties have conferred and have agreed to participate in a settlement conference in front of the Court. With respect to Plaintiff's Motion for Leave to File Third Amended Complaint, which the Court held in abeyance, the Parties respectfully request that the motion be held in abeyance pending the settlement conference and further order of the Court. Plaintiff will use the time to consider the impact of any amendment on his case, consistent with the Court's guidance.

The Parties agree that, if acceptable to the Court, Plaintiff, proceeding *pro se*, should be appointed limited-scope counsel for the purposes of the settlement conference. The Parties are willing to confer over available dates and submit that availability to the Court for scheduling

4899-2585-4096

purposes or, if easier for the Court, the Parties can wait for the Court to provide available dates for

a settlement conference and confer to confirm what dates would work for the Parties and submit

that to the Court.

Respectfully submitted this 18th day of February, 2026.


s/__William S. Healy_____
William S. Healy
2635 Heathrow Drive
Colorado Springs, CO 80920
Email: wsh700@protonmail.com

*Pro Se Plaintiff*

s/ Bradley Crowell_____
Bradley Crowell
Billie Jo M. Risheim
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Tele:  (303) 629-6200
Fax:  (303) 629-0200
Email: bcrowell@littler.com
        brisheim@littler.com

*Attorneys for Defendant*

4899-2585-4096