IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 24–cv–03346–PAB–MDB

WILLIAM HEALY,

    Plaintiff,

v.

SERCO INC. d/b/a SERCO-NORTH AMERICA,

    Defendant.

**ORDER**

    This matter is before the Court on the parties' Joint Status Report, which requests a settlement conference and an order appointing Plaintiff limited representation for the settlement conference. (Doc. No. 66.)

    The Court has had the opportunity to meet with the parties and review the Joint Status Report. It finds the case and the parties would be well-served by a settlement conference and limited representation for Plaintiff in connection with the same. Accordingly, the requests are **GRANTED**.

    In accordance with D.C.COLO.LAttyR 15 and D.C.COLO.LAttyR 5(a)(2) of the U.S. District Court's Local Rules, the Court hereby appoints counsel to Plaintiff to provide **limited representation for a settlement conference in this matter**.

    Plaintiff is on notice that this appointment order does not guarantee counsel. Plaintiff should be prepared to proceed to the settlement conference without counsel, as it is possible that

despite this Order, Plaintiff will not secure legal representation. In the meantime, the Court *sua sponte* issues **a stay of discovery**. The Courtroom Deputy will reach out to the parties to schedule a settlement conference.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff:

William Healy
2635 Heathrow Drive
Colorado Springs, CO 80920

Dated this 25th day of February, 2026.

**BY THE COURT:**

_____
Maritza Dominguez Braswell
United States Magistrate Judge