# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

---

**WILLIAM S. HEALY,**

*Plaintiff,*

v.

**SERCO, INC.,**

*Defendant.*

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
5/8/2026
**JEFFREY P. COLWELL, CLERK**

**Civil Action No. 1:24-cv-03346-PAB-MDB**

---

## PLAINTIFF'S STATUS REPORT
### *(Pursuant to ECF No. 73 and Court Order)*

---

Plaintiff William S. Healy, proceeding *pro se*, respectfully submits this Status Report pursuant to the commitments made in Plaintiff's Notice to the Court (ECF No. 73).

1. **DCSA Privacy Act / FOIA Request (ECF No. 73).** On April 22, 2026, Plaintiff submitted a Privacy Act/FOIA request to DCSA seeking all background investigations, investigative records, IRR holdings, and DCII entries related to the February 7, 2022 Security Debrief. On April 29, 2026, DCSA responded (tracking DCSA-B 26-08034). The agency forwarded adjudication and clearance records to the DCSA FOI/P Office for Trust Decision (Adjudications) and referred IRR/DCII records to the same office for direct response. Portions of the response were withheld under FOIA and Privacy Act exemptions. Plaintiff will file a supplemental status report within fourteen (14) days of any further DCSA response or upon expiration of the sixty (60) calendar day additional search window.

2. **DOJ USERRA Review (CO-2026-00005-10-V).** On April 29, 2026, Plaintiff delivered a comprehensive USERRA enforcement package to the Department of Justice, Civil Rights Division, Servicemembers and Veterans Initiative. The submission included exhibits documenting § 4311(b) claims and related evidence. The DOJ's review period is ongoing. Plaintiff remains available for any coordination the DOJ may require.

**3. VA OIG Referral.** Plaintiff's referral regarding Serco's February 8, 2022 correspondence to the VA during active C&P evaluations remains pending with the VA Office of Inspector General.

**4. Settlement Conference.** The parties anticipate a settlement conference before Magistrate Judge Maritza Dominguez Braswell. No date has yet been set. Plaintiff understands that scheduling will be coordinated through the Courtroom Deputy following the entry of appearance by appointed pro bono counsel. Plaintiff has prepared a comprehensive mediation packet incorporating the Updated Consolidated Evidence Timeline, newly received DCSA response, and all exhibits.

**5. Spoliation and Discovery.** Serco's April 16, 2026 response (Ticket INC0626177) confirming the absence of disciplinary and ADA/FMLA records remains a significant issue. Plaintiff continues to preserve all rights with respect to a Rule 37(e) spoliation motion if the case does not resolve at the settlement conference.

**6. Pro Bono Counsel.** On May 5, 2026, the Clerk issued ECF 77 appointing attorney Madeline Marie Leibin of Newman McNulty, LLC to provide limited-scope *pro bono* representation for Plaintiff during the settlement conference, pursuant to the Court's February 25, 2026 Order and D.C.COLO.LAttyR 15. Appointed counsel has thirty (30) days to enter an appearance or file a Notice Declining Appointment. In the interim, Plaintiff remains responsible for all other matters.

**7. Case Review and Preparation Period (ECF No. 78).** On May 5, 2026, Plaintiff filed a Motion for Reasonable Case Review and Preparation Period Upon Assignment of Pro Bono Counsel (ECF No. 78), requesting that the Court establish a 90-day preparation period upon entry of appearance by appointed counsel. Given the complexity of this multi-claim action—encompassing ADA, ADEA, FMLA, Title VII, and USERRA claims across a record of 39 designated exhibits, parallel DOJ proceedings, and pending DCSA and VA OIG responses—Plaintiff respectfully submits that adequate preparation time for incoming counsel is essential to effective representation and the productive use of the Court's settlement conference resources.

Plaintiff respectfully requests that the Court continue this matter on the current schedule, grant the relief requested in ECF No. 78, and allow the settlement conference to proceed upon the conclusion of the preparation period. Plaintiff will provide any further updates required by the Court.

Respectfully submitted this 8th day of May, 2026.


*/s/ William Sean Healy*
Pro Se Plaintiff
2635 Heathrow Drive
Colorado Springs, CO 80920
(719) 205-4481
wsh700@protonmail.com

---

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, a true and correct copy of the foregoing Plaintiff's Status Report was served via the Court's CM/ECF system and by email on the following counsel for Defendant Serco Inc.:

**Bradley Crowell, Esq.**
Littler Mendelson P.C.
BCrowell@littler.com